**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: LEE A. RIGOTTI § | | Case No. 17-82709 |
| ANNA M. RIGOTTI § | | |
| § | | |
| Debtor(s) § | | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 11/15/2017.

2) The plan was confirmed on 02/22/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 05/31/2018, 08/23/2018.

5) The case was completed on 08/27/2018.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 12.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $112,867.79.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 1,225.00 | |
| Less amount refunded to debtor(s) | $ 200.00 | |
| **NET RECEIPTS** | | $ 1,025.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 910.50 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 94.50 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,005.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| BALSLEY & DAHLBERG LLP | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 910.50 | 0.00 |
| CREDIT ACCEPTANCE | Sec | 0.00 | 7,194.14 | 0.00 | 0.00 | 0.00 |
| LOANCARE SERVICING CENTER | Sec | 0.00 | 20.00 | 20.00 | 20.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL | Uns | 1,320.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 88.37 | 88.37 | 88.37 | 0.00 | 0.00 |
| AMERICOLLECT INC | Uns | 178.16 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 61.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED COLLECTORS INC | Uns | 107.87 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT INC | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| BELOIT HEALTH SYSTEM NORTH | Uns | 22.96 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,232.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Uns | 1,454.21 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Uns | 1,398.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT SERVICES LLC | Uns | 88.37 | NA | NA | 0.00 | 0.00 |
| CONVERGENT OUTSOURCING INC | Uns | 2,739.80 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Uns | 98.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 587.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT CO | Uns | 17.88 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CREDITORS PROTECTION SERVICE | Uns | 6,081.50 | NA | NA | 0.00 | 0.00 |
| DENTAL CARE DAVENPORT | Uns | 17.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 2,542.00 | NA | NA | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 384.00 | 259.34 | 259.34 | 0.00 | 0.00 |
| INFINITY HEALTHCARE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| LCA COLLECTIONS | Uns | 176.74 | NA | NA | 0.00 | 0.00 |
| LIFESTYLE CHIROPRACTIC | Uns | 1,503.00 | NA | NA | 0.00 | 0.00 |
| MARTHA MULDOWNEY DDS | Uns | 1,679.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL DIAGNOSTIC | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH | Uns | 688.60 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Uns | 571.09 | NA | NA | 0.00 | 0.00 |
| MRS ASSOCIATES OF NJ | Uns | 3,232.96 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| NORWEST COLLECTIONS INC | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 9,291.00 | 6,415.36 | 6,415.36 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 32.46 | 667.50 | 667.50 | 0.00 | 0.00 |
| PROFESSIONAL SERVICE BUREAU | Uns | 15,963.34 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 178.53 | NA | NA | 0.00 | 0.00 |
| ROCK VALLEY CREDIT UNION | Uns | 19,986.07 | 14,492.20 | 14,492.20 | 0.00 | 0.00 |
| ROCKFORD ASSOC CLINICAL | Uns | 346.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 2,254.08 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEM | Uns | 24.10 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 2,340.52 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 17,494.71 | NA | NA | 0.00 | 0.00 |
| ROCKFORD UROLOGICAL ASSOC | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD / MERCY HEALTH | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WI EMERGENCY ASSOC | Uns | 123.90 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 3,251.04 | 73.14 | 73.14 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 2,012.65 | 17.90 | 17.90 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Uns | 1,650.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 2,739.00 | 2,739.80 | 2,739.80 | 0.00 | 0.00 |
| ROCK VALLEY CREDIT UNION | Uns | 0.00 | 5,726.97 | 5,726.97 | 0.00 | 0.00 |
| US DEPARTMENT OF HUD | Uns | 0.00 | 11,747.58 | 11,747.58 | 0.00 | 0.00 |
| T MOBILE/T-MOBILE USA INC BY | Uns | 0.00 | 294.61 | 294.61 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Case 17-82709   Doc 37   Filed 11/16/18   Entered 11/16/18 13:39:10   Desc Main
            Document      Page 4 of 6

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 70.83 | 70.83 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 86.85 | 86.85 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 1,233.13 | 1,233.13 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 14.63 | 14.63 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 14.63 | 14.63 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 965.37 | 965.37 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 717.95 | 717.95 | 0.00 | 0.00 |
| SWEDISH AMERICAN A DIVISION | Uns | 0.00 | 100.31 | 100.31 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 20.00 | $ 20.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 20.00 | $ 20.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 45,726.47 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,005.00 |
| Disbursements to Creditors | $ 20.00 |
| **TOTAL DISBURSEMENTS:** | $ 1,025.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  11/15/2018             By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)